669 A.2d 930

**Thomas W. INGRAM, Appellant,**

v.

**Joseph ROBBINS and Barbara Robbins and Robbins Transport.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1995.

Decided Dec. 29, 1995.

Gary R. Block, West Chester, Hannah Gardner, Bala Cynwyd, for Thomas W. Ingram.

Hugh A. Donaghue, Media, for Joseph and Barbara Robbins.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.